```
 1  McGREGOR SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel
 3  Social Security Administration
    GERALYN A. GULSETH
 4  Special Assistant United States Attorney
    Telephone: (415) 977-8923
 5  333 Market Street, Suite 1500
    San Francisco, California 94105
 6
    Attorneys for Defendant
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LANDA, ) | 1:06-CV-01037-SMS |
| ) | |
| Appellant, ) | |
| ) | STIPULATION TO **REDACT PAGE** |
| ) | FROM THE CERTIFIED |
| v. ) | ADMINISTRATIVE TRANSCRIPT; |
| ) | **ORDER** |
| LINDA S. MCMAHON, ) | |
| Acting Commissioner of ) | |
| Social Security,1/ ) | |
| ) | |
| Respondent. ) | |
| _____) | |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

    1)   Page 125 of the Certified Administrative Transcript is a confidential record pertaining to an individual other than the Appellant;

---

    1/ On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the respondent in this suit.  No further action need be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   2) Said page shall be removed from the Certified
2 Administrative Transcript and from all copies of the Transcripts
3 and then destroyed by the Clerk of the Court, Appellant's
4 attorney, and the Regional Counsel for the Social Security
5 Administration.
6   3) The above-mentioned page, mistakenly included in the
7 Transcripts, will not be disclosed to anyone.
8   4) The inadvertent inclusion of the above-mentioned page
9 will not be a basis for a claimed error.
10
11 DATED: January 23, 2007   McGREGOR SCOTT
                            United States Attorney
12
13                          By: /s/ geralyn gulseth
                            (*As signed on January 23, 2007*)
14                          GERALYN GULSETH
                            Special Assistant United States Attorney
15
                            Attorneys for Respondent
16
17 DATED: January 23, 2007
18                          By: /s/ laura krank
                            (*As authorized on January 23, 2007*)
19
                            LAURA KRANK
20                          Attorney at Law
21                          Attorney for Appellant
22
                                   ORDER
23
APPROVED AND SO ORDERED.
24
25
DATED: 1/26/2007            /s/ Sandra M. Snyder
26                          SANDRA M. SNYDER
                            United States Magistrate Judge
27
28                                   2