LAURA KRANK
ATTORNEY AT LAW:  220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  lekrank@hotmail.com
Attorneys for Plaintiff JAMIE LANDA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LANDA, | Case No.: CV 06-1037 SMS |
| Plaintiff, | ORDER EXTENDING THE BRIEFING SCHEDULE |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation To Extend Briefing Schedule, and for cause shown,  IT IS ORDERED that Plaintiff is granted an extension of time in which to file her Opening Brief on the court pursuant to paragraph 6 of the Court's Case Management Order ("Order"), to March 8, 2007; and that all other scheduling dates set forth in the Order are extended accordingly.

Dated:  3/1/2007

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com