McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
GERALYN A. GULSETH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8923
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JAMIE LANDA, | ) | 1:06-cv-01037-SMS |
| | ) | |
| Appellant, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    The parties, through their respective counsel, stipulate that the time for Respondent to respond to Appellant's brief be extended from April 6, 2007 to May 7, 2007.

    This is Respondent's first request for an extension of time to respond to Appellant's brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

```
DATED:    4/6/07              By:  /s/ laura krank
                                   (Authorized by fax on  4/6/07)
                                   LAURA KRANK
                                   Attorney at Law

                                   Attorney for Plaintiff


                                   McGREGOR W. SCOTT
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel

DATED:    4/5/07              By:  /s/ geralyn gulseth
                                   GERALYN GULSETH
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED:   4/10/2007          /s/ Sandra M. Snyder
                            SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE